Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
**BERMAN DeVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.433.3200
Facsimile: 415.433.6382
jtabacco@bermandevalerio.com
cheffelfinger@bermandevalerio.com

Attorneys for Plaintiff Univisons-Crimson Holding, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVISIONS-CRIMSON HOLDING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY OPTIARC INC.; SONY OPTIARC AMERICA INC.; TOSHIBA CORPORATION; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; HITACHI, LTD.; HITACHI-LG DATA STORAGE, INC.; LG CORPORATION; and NEC CORPORATION,<br><br>Defendants. | Case No. 09-CV-5186 EMC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO; [PROPOSED] ORDER

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and
3  sellers of Optical Disk Drives and products containing Optical Disk Drives (collectively "ODD
4  products");

5  WHEREAS at least four complaints have been filed to date in federal district courts
6  throughout the United States by plaintiffs purporting to bring class actions on behalf of direct
7  purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD
8  products (collectively "the ODD Cases");

9  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in
10 the ODD Cases;

11  WHEREAS plaintiff and Sony Optiarc America, Inc. ("SOA") have agreed that an
12 orderly schedule for any response to the pleadings in the ODD Cases would be more efficient
13 for the parties and for the Court;

14  WHEREAS plaintiff agrees that the deadline for SOA to answer, move, or otherwise
15 respond to its Complaint shall be extended until the earliest of the following dates: (1) forty-
16 five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2)
17 forty-five days after plaintiff provides written notice to SOA that plaintiff does not intend to
18 file a Consolidated Amended Complaint; or (3) any earlier response date to which SOA agrees
19 or by which it is ordered to respond in any ODD case;

20  WHEREAS this Stipulation does not constitute a waiver by SOA of any defense,
21 including but not limited to the defenses of lack of personal jurisdiction, subject matter
22 jurisdiction, improper venue, sufficiency of process or service of process;

23  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT
24  SOA, BY AND THROUGH THEIR RESPECTIVE
25  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

26  1.  The deadline for SOA to answer, move, or otherwise respond to plaintiff's
27 Complaint shall be extended until the earliest of the following dates: (1) forty-five days after
28 the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after

plaintiff provides written notice to SOA that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which SOA agrees or by which it is ordered to respond in any ODD case.

2. This Stipulation does not constitute a waiver by SOA or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: November 23, 2009 | Respectfully submitted, |
| 3 | | By: _____ |
| 4 | | Christopher T. Heffelfinger (SBN 118058)<br>**BERMAN DeVALERIO**<br>425 California Street, Suite 2100 |
| 5 | | San Francisco, CA 94104<br>Telephone: 415.433.3200 |
| 6 | | Facsimile: 415.433.6382<br>cheffelfinger@bermandevalerio.com |
| 7 | | |
| 8 | | *Attorneys for Plaintiff Univisions-Crimson Holding, Inc.* |
| 9 | DATED: November 23, 2009 | By: _____ |
| 10 | | Steven C. Holtzman<br>**BOIES, SCHILLER & FLEXNER LLP** |
| 11 | | 1999 Harrison Street, Suite 900<br>Oakland, California 94612 |
| 12 | | Telephone: 510.874.1000<br>Facsimile: 510.874.1460<br>Email: sholtzman@bsfllp.com |
| 13 | | |
| 14 | | *Attorneys for Defendant Sony Optiarc America, Inc.* |

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

| | |
|---|---|
| 1 | **PROPOSED ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: 11/24/09



-5-

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER