Joseph J. Tabacco, Jr. (Bar No. 75484)
Christopher T. Heffelfinger (Bar No. 118058)
Matthew Ruan (Bar No. 264409)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
          cheffelfinger@bermandevalerio.com
          mruan@bermandevalerio.com

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVISIONS-CRIMSON HOLDING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY OPTIARC INC.; SONY OPTIARC AMERICA INC.; TOSHIBA CORPORATION; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; HITACHI, LTD.; HITACHI-LG DATA STORAGE, INC.; and LG CORPORATION,<br><br>Defendants. | Civil Action No. 09-CV-5186-VRW<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT HITACHI, LTD. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: Hon. Vaughn R Walker |

[09-CV-5186-VRW ] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

1    WHEREAS the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and 3 sellers of Optical Disc Drives and products containing Optical Disc Drives (collectively "ODD 4 products");

5    WHEREAS several other complaints have been filed to date in federal district courts 6 throughout the United States by plaintiffs purporting to bring class actions on behalf of direct 7 purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD 8 products (collectively "the ODD Cases");

9    WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in 10 the ODD Cases;

11    WHEREAS plaintiff and HITACHI, LTD. ("HITACHI") have agreed that an orderly 12 schedule for any response to the pleadings in the ODD Cases would be more efficient for the 13 parties and for the Court;

14    WHEREAS plaintiff agrees that the deadline for HITACHI to answer, move, or 15 otherwise respond to its Complaint shall be extended until the earliest of the following dates: (1) 16 forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) 17 forty-five days after plaintiff provides written notice to HITACHI that plaintiff does not intend to 18 file a Consolidated Amended Complaint; or (3) any earlier response date to which HITACHI 19 agrees or by which it is ordered to respond in any ODD case;

20    WHEREAS this Stipulation does not constitute a waiver by HITACHI of any defense, 21 including but not limited to the defenses of lack of personal jurisdiction, subject matter 22 jurisdiction, improper venue, sufficiency of process or service of process;

23    PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT HITACHI, 24 BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY 25 STIPULATE AS FOLLOWS:

26    1.    The deadline for HITACHI to answer, move, or otherwise respond to plaintiff's 27 Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the

28

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

1

1  filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after
2  plaintiff provides written notice to HITACHI that plaintiff does not intend to file a Consolidated
3  Amended Complaint; or (3) any earlier response date to which HITACHI agrees or by which it is
4  ordered to respond in any ODD case.

5      2.    This Stipulation does not constitute a waiver by HITACHI, or any other named
6  defendant joining the Stipulation of any defense, including but not limited to the defenses of lack
7  of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or
8  service of process.

Dated: April 8, 2010　　　　　　　　　　　Respectfully submitted,

**BERMAN DEVALERIO**

By:    /S/ Christopher T. Heffelfinger
       Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Todd A. Seaver
Matthew Ruan
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
      cheffelfinger@bermandevalerio.com
      tseaver@bermandevalerio.com
      mruan@bermandevalerio.com

Manuel J. Dominguez
Daniel A. Bushell
Marc J. Greenspon
**BERMAN DEVALERIO**
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jdominguez@bermandevalerio.com
      dbushell@bermandevalerio.com
      mjgreenspon@bermandevalerio.com

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

2

|     |                                                                                                                                    |
| --- | ---------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Peter A. Pease                                                                                                                      |
| 2   | Nathaniel L. Orenstein                                                                                                              |
|     | **BERMAN DEVALERIO**                                                                                                                |

Peter A. Pease
Nathaniel L. Orenstein
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: ppease@bermandevalerio.com
      norenstein@bermandevalerio.com

Mary Jane Fait
Adam J. Levitt
Michael D. Yanovsky
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
Email: fait@whafh.com
      levitt@whafh.com
      yanovsky@whafh.com

Francis M. Gregorek
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: gregorek@whafh.com

***Attorneys for Plaintiff Univisions-Crimson Holding Inc.***

Dated: April 8, 2010                **MCDERMOTT WILL & EMERY LLP**

By:      /s/ Pamela J. Marple
Craig P. Seebald, cseebald@mwe.com
Pamela J. Marple, pmarple@mwe.com
MCDERMOTT WILL & EMERY, LLP
600 - 13th Street, NW
Washington, DC  20005
Telephone 202-756-8144
Facsimile   202-756-8087

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

3

| | |
|---|---|
|1| Matthew J. Jacobs (171149)|
| | mjacobs@mwe.com |
|2| MCDERMOTT WILL & EMERY, LLP |
| | 275 Middlefield Road, Suite 100 |
|3| Menlo Park, CA  94025 |
| | Telephone: 650-815-7411 |
|4| Facsimile:  650-815-7401 |

*Attorneys for Defendant HITACHI LTD.*

### SIGNATURE ATTESTATION

I, Christopher T. Heffelfinger, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that Pamela J. Marple has concurred in its filing and that Ms. Marple's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

Dated: April 8, 2010                              By:    /S/ Christopher T. Heffelfinger
                                                                 Christopher T. Heffelfinger

---

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

4

1                      ~~PROPOSED~~ **ORDER**

2        PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: April 13, 2010           _____

5                                        HONORABLE VAUGHN R. WALKER
                                       UNITED STATES DISTRICT COURT JUDGE

---

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.;
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

5

# CERTIFICATE OF SERVICE

I, Katie P. Umpierre, declare that I am over the age of eighteen and not a party to the within action. I am employed in the law firm of Berman DeValerio, One California Street, Suite 900, San Francisco, California 94111. On April 8, 2010, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served a true and correct copy of the document described as follows:

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT HITACHI, LTD. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

Executed April 8, 2010, at San Francisco, California.

*Katie P. Umpierre*
Katie P. Umpierre

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEF. HITACHI, LTD. TO RESPOND TO COMPL.; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.

6