Joseph J. Tabacco, Jr. (Bar No. 75484)
Christopher T. Heffelfinger (Bar No. 118058)
Matthew Ruan (Bar No. 264409)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
          cheffelfinger@bermandevalerio.com
          mruan@bermandevalerio.com

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVISIONS-CRIMSON HOLDING, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>           v.<br><br>SONY CORPORATION; SONY OPTIARC INC.; SONY OPTIARC AMERICA INC.; TOSHIBA CORPORATION; SAMSUNG ELECTRONICS COMPANY, LTD.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; HITACHI, LTD.; HITACHI-LG DATA STORAGE, INC.; and LG CORPORATION,<br><br>                    Defendants. | Civil Action No. 09-CV-5186-VRW<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: Hon. Vaughn R Walker |

1    WHEREAS the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and
3 sellers of Optical Disc Drives and products containing Optical Disc Drives (collectively "ODD
4 products");

5    WHEREAS multiple complaints have been filed to date in federal district courts
6 throughout the United States by plaintiffs purporting to bring class actions on behalf of direct
7 purchasers alleging antitrust violations by manufacturers, distributors, and sellers of ODD
8 products (collectively "the ODD Cases");

9    WHEREAS the United States Judicial Panel on Multidistrict Litigation issued an order on
10 April 2, 2010 consolidating the ODD Cases before the Honorable Vaughn R. Walker;

11    WHEREAS plaintiff anticipates filing a Consolidated Amended Complaint in the ODD
12 Cases;

13    WHEREAS plaintiff and defendants Toshiba Corporation ("Toshiba Corp.") and Toshiba
14 Samsung Storage Technology Corporation ("TSST") have agreed that an orderly schedule for
15 any response to the pleadings in the ODD Cases would be more efficient for the parties and for
16 the Court;

17    WHEREAS plaintiff agrees that the deadline for Toshiba Corp. and TSST to answer,
18 move, or otherwise respond to its Complaint shall be extended until the earliest of the following
19 dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD
20 Cases; or (2) forty-five days after plaintiff provides written notice to Toshiba Corp. and TSST
21 that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier
22 response date to which Toshiba Corp. and TSST agree or by which they are ordered to respond
23 in any ODD case;

24    WHEREAS this Stipulation does not constitute a waiver by Toshiba Corp. or TSST of
25 any defense, including but not limited to the defenses of lack of personal jurisdiction, subject
26 matter jurisdiction, improper venue, sufficiency of process or service of process;

27

28

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS TOSHIBA CORP. AND TSST, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Toshiba Corp. and TSST to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the ODD Cases; or (2) forty-five days after plaintiff provides written notice to Toshiba Corp. and TSST that plaintiff does not intend to file a Consolidated Amended Complaint; or (3) any earlier response date to which Toshiba Corp. and TSST agree or by which they are ordered to respond in any ODD case.

2. This Stipulation does not constitute a waiver by Toshiba Corp. or TSST, or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

Dated: April 15, 2010

Respectfully submitted,

**BERMAN DeVALERIO**

By:   /S/ Christopher T. Heffelfinger
      Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Todd A. Seaver
Matthew Ruan
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
       cheffelfinger@bermandevalerio.com
       tseaver@bermandevalerio.com
       mruan@bermandevalerio.com

|    |                                                      |
|----|------------------------------------------------------|
| 1  | Manuel J. Dominguez                                  |
|    | Daniel A. Bushell                                    |
| 2  | Marc J. Greenspon                                    |
|    | **BERMAN DeVALERIO**                                 |
| 3  | 4280 Professional Center Drive, Suite 350            |
|    | Palm Beach Gardens, FL 33410                         |
| 4  | Telephone: (415) 433-3200                            |
|    | Facsimile: (415) 433-6382                            |
| 5  | Email: jdominguez@bermandevalerio.com                |
| 6  |         dbushell@bermandevalerio.com                 |
|    |         mjgreenspon@bermandevalerio.com              |

1  Manuel J. Dominguez
   Daniel A. Bushell
2  Marc J. Greenspon
   **BERMAN DeVALERIO**
3  4280 Professional Center Drive, Suite 350
   Palm Beach Gardens, FL 33410
4  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
5  Email: jdominguez@bermandevalerio.com
6          dbushell@bermandevalerio.com
           mjgreenspon@bermandevalerio.com
7
   Peter A. Pease
8  Nathaniel L. Orenstein
   **BERMAN DeVALERIO**
9  One Liberty Square
   Boston, MA 02109
10 Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
11 Email: ppease@bermandevalerio.com
12         norenstein@bermandevalerio.com

13 Mary Jane Fait
   Adam J. Levitt
14 Michael D. Yanovsky
   **WOLF HALDENSTEIN ADLER**
15   **FREEMAN & HERZ LLC**
16 55 West Monroe Street, Suite 1111
   Chicago, IL 60603
17 Telephone: (312) 984-0000
   Facsimile: (312) 984-0001
18 Email: fait@whafh.com
19         levitt@whafh.com
           yanovsky@whafh.com
20
   Francis M. Gregorek
21 **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLC**
22 Symphony Towers
23 750 B Street, Suite 2770
   San Diego, CA 92101
24 Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
25 Email: gregorek@whafh.com
26
   ***Attorneys for Plaintiff Univisions-Crimson***
27 ***Holding Inc.***
28

[09-CV-5186-VRW] STIP. RE EXTENSION OF TIME FOR DEFS. TOSHIBA CORP. & TOSHIBA SAMSUNG STORAGE TECH.
CORP. TO RESPOND TO COMPL.; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.          3

Dated: April 15, 2010               **LATHAM & WATKINS LLP**

By:   /S/ Casandra L. Thomson
          Casandra L. Thomson

Daniel M. Wall (SBN 102580)
Belinda S Lee (SBN 199635)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: Dan.Wall@lw.com
             Belinda.Lee@lw.com

Casandra L. Thomson (SBN 235778)
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email: Casandra.Thomson@lw.com

***Attorneys for Defendants Toshiba Corporation and Toshiba Samsung Storage Technology Corporation***

## SIGNATURE ATTESTATION

I, Christopher T. Heffelfinger, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that Casanda L. Thomson has concurred in its filing and that Ms. Thomson's signature, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

Dated: April 15, 2010               By:    /S/ Christopher T. Heffelfinger
                                                Christopher T. Heffelfinger

1  ~~PROPOSED~~ **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: April __16__, 2010

                                       HONORABLE VAUGHN R. WALKER
                                       UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Katie P. Umpierre, declare that I am over the age of eighteen and not a party to the within action.  I am employed in the law firm of Berman DeValerio, One California Street, Suite 900, San Francisco, California 94111.  On April 15, 2010, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served a true and correct copy of the document described as follows:

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

Executed April 15, 2010, at San Francisco, California.

*Katie P. Umpierre*
Katie P. Umpierre