**\*\*E-filed 8/24/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 RS<br><br>**ORDER ADMINISTRATIVELY CLOSING INDIVIDUAL CASE FILES** |
| This Document Relates to:<br><br>ALL ACTIONS | |

In view of the fact that consolidated complaints have been filed in this multi-district proceeding (presently dismissed, but with leave to amend), it is appropriate to close administratively the following individual class actions:

```
3:10-cv-00507-RS
3:09-cv-05186-RS
3:09-cv-05197-RS
3:09-cv-05114-RS
3:10-cv-01619-RS
3:09-cv-05135-RS
3:10-cv-01403-RS
3:10-cv-01794-RS
3:10-cv-01834-RS
3:10-cv-01684-RS
3:10-cv-01933-RS
3:10-cv-01948-RS
```

3:10-cv-02035-RS
3:10-cv-00378-RS
3:10-cv-01603-RS
3:10-cv-01847-RS
3:10-cv-02737-RS
3:10-cv-00682-RS
3:10-cv-01386-RS
3:10-cv-03100-RS
3:10-cv-03378-RS
3:10-cv-03938-RS
3:10-cv-01727-RS
3:10-cv-01722-RS
3:10-cv-01703-RS
3:10-cv-00453-RS
3:10-cv-00676-RS
3:10-cv-00013-RS
3:10-cv-00076-RS
3:10-cv-00782-RS
3:10-cv-00874-RS
3:10-cv-01291-RS
3:10-cv-01362-RS
3:10-cv-01406-RS
3:10-cv-01451-RS
3:10-cv-01533-RS
3:10-cv-01450-RS
3:10-cv-01738-RS

IT IS SO ORDERED.

Dated: August 24, 2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE